AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mark Arome OKUO, a/k/a Anthony Terry, a/k/a Mark Robert, a/k/a Frank Michael; and Florence Mwende MUSAU, a/k/a Precious Adams, a/k/a Catherine Muthoki | ) ) ) ) ) | Case No. 21-mj-6204 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2018 to May 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire and bank fraud |

This criminal complaint is based on these facts:

See attached affidavit of HSI Agent Brendan Cullen

☑ Continued on the attached sheet.

/s/ Brendan Cullen
*Complainant's signature*

Brendan Cullen, Special Agent, HSI
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1

Date: March 22, 2021

City and state: Boston, MA

*Judge's signature*

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*