≫JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __I__     **Investigating Agency** __HSI__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-6023-MPK (6024, 6025, 6026__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Mark Arome Okuo__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: __a/k/a Anthony Terry, a/k/a Mark Robert, a/k/a Frank Michael__

Address: (City & State) __32 Neponset Street, Apartment 1206, Canton, Massachusetts, 02021__

Birth date (Yr only): __1979__   SSN (last4#): __N/A__   Sex __M__   Race: _____   Nationality: __Nigeria__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Ian Stearns__     Bar Number if applicable __693374__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** __03/25/2021__

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 19, 2021     Signature of AUSA: /s/ Ian Stearns

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Arome Okuo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire and bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____