# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** I     **Investigating Agency** HSI

**City** Boston     **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number
- Search Warrant Case Number: 21-6023-MPK (6024, 6025, 6026)
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Florence Mwende Musau     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** a/k/a Precious Adams, a/k/a Catherine Muthoki

**Address:** (City & State) 32 Neponset Street, Apartment 1206, Canton, Massachusetts, 02021

**Birth date (Yr only):** 1984    **SSN (last4#):** N/A    **Sex** M    **Race:** _____    **Nationality:** Kenya

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Ian Stearns     **Bar Number if applicable** 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** 03/25/2021

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 19, 2021     Signature of AUSA: /s/ Ian Stearns

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Florence Mwende Musau

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire and bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____