IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-mj-6204 |
| ) | |
| FLORENCE MWENDE MUSAU, a/k/a ) | |
| Precious Adams, a/k/a Catherine Muthoki, ) | |
| ) | |
| MARK AROME OKUO, a/k/a Anthony ) | |
| Terry, a/k/a Mark Robert, a/k/a Frank ) | |
| Michael, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO UNSEAL COMPLAINT

The United States of America respectfully moves the Court to direct that the complaint be unsealed. In support of this motion, the government states that the Defendants were arrested on March 25, 2021, and that there is no further reason to keep the complaint sealed.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian Stearns*
Ian Stearns
Assistant U.S. Attorney

Date: March 25, 2021

_____          March 25, 2021
M. Page Kelley
Chief United States Magistrate Judge