UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 1:21-mj-06204-MPK-1

MARK AROME OKUO

## NOTICE OF APPEARANCE

THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance in the above-named matter.

Dated: 04/01/21

Respectfully,
By the Defendant,

*/s/ Steven C. Boozang*
_____
Steven C. Boozang, Esq.
439 Washington Street
Dedham, MA 02026
781-251-9991
BBO# 659216

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on all parties via ECF system on April 1, 2021.

*/s/ Steven C. Boozang*
_____
Steven C. Boozang