UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------X
UNITED STATES OF AMERICA     :
                             :
     v.                      :        DOCKET NO. 21-mj-6204-MPK
                             :
MARK AROME OKUO              :
     Defendant               :
-------------------------------------------X
```

**ASSENTED-TO MOTION TO ADVANCE DETENTION HEARING**

Defendant, Mark Arome Okuo, hereby respectfully moves this Honorable Court to advance the date of his detention hearing, currently scheduled for April 15, 2021, to the morning of April 9, 2021.

As grounds therefore, Mr. Okuo states that this Court invited him at the initial appearance to request an earlier date for the detention hearing if desired. Mr. Okuo has now had the opportunity to speak with his counsel at length, and will be interviewed by the Probation Department later today. Mr. Okuo and his counsel will be ready to proceed thereafter. The Assistant United States Attorney also assents to this motion.

For these reasons, Mr. Okuo respectfully requests this Court schedule a detention hearing for the morning of April 9, 2021 at this time.

Dated:  April 2, 2021                    Respectfully submitted,

MARK AROME OKUO

By His Attorney:

/s/ John G. Swomley
John G. Swomley, BBO# 551450
Swomley & Tennen, LLP
50 Congress Street, Suite 600
Boston, MA  02109
Tel. 617-227-9443
jswomley@swomleyandtennen.com

## Certificate of Service

I, John G. Swomley, hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ John G. Swomley
John G. Swomley