GOVERNMENT
EXHIBIT

2.1



GOVERNMENT
EXHIBIT

2.2





GOVERNMENT
EXHIBIT

2.3



GOVERNMENT
EXHIBIT

2.4



GOVERNMENT
EXHIBIT

2.5



GOVERNMENT
EXHIBIT

2.6



GOVERNMENT
EXHIBIT

2.7



**GOVERNMENT
EXHIBIT**

**2.8**



GOVERNMENT
EXHIBIT

2.9



**GOVERNMENT
EXHIBIT**

**2.10**



GOVERNMENT
EXHIBIT

2.11



GOVERNMENT
EXHIBIT

2.12



GOVERNMENT
EXHIBIT

2.13



GOVERNMENT
EXHIBIT

2.14



GOVERNMENT
EXHIBIT

2.15



GOVERNMENT
EXHIBIT

2.16



GOVERNMENT
EXHIBIT

**2.17**



GOVERNMENT
EXHIBIT

2.18



GOVERNMENT
EXHIBIT

2.19



GOVERNMENT
EXHIBIT

2.20



**GOVERNMENT EXHIBIT**

**2.21**



GOVERNMENT
EXHIBIT

2.22



GOVERNMENT
EXHIBIT

2.23



GOVERNMENT
EXHIBIT

2.24



GOVERNMENT
EXHIBIT

2.25



**GOVERNMENT EXHIBIT**

**2.26**



**GOVERNMENT EXHIBIT**

**2.27**



**GOVERNMENT EXHIBIT**

**2.28**



GOVERNMENT
EXHIBIT

2.29



**GOVERNMENT
EXHIBIT

2.30**



GOVERNMENT
EXHIBIT

**2.31**



GOVERNMENT
EXHIBIT

2.32



**GOVERNMENT EXHIBIT**

**2.33**