**TD Bank**

CHECKING WITHDRAWAL

Nigeria Passport A04813555
exp 1/30/23

NAME: Anthony Terry

DATE: 2-11-'20

Fifteen Hundred Dollars

SIGNATURE(S): Anthony.

ACCT. #: 9532971963
8259245401

$1500.00

⑤130⑩1064⑦        500

GOVERNMENT EXHIBIT 3