

These are to request and require in the name of the President and Commander-in-Chief of the Armed Forces of the Federal Republic of Nigeria all those whom it may concern to allow the bearer to pass freely without let or hindrance and to afford him or her every assistance and protection of which he or she may stand in need.

A 07723026

# FEDERAL REPUBLIC OF NIGERIA

PASSPORT
PASSEPORT

| | | |
|---|---|---|
| Type / *Type* | Country Code / *Code du pays* | Passport No. / *Passport Nº* |
| P | NGA | A07723026 |

Surname / *Nom*
FRANCIS

Given Names / *Prénoms*
WILLIAMS

Nationality / *Nationalité*
NIGERIAN

Date of Birth / *Date de naissance*
02 JUL / JUL 79

Personal No. / *Nº personnel*

Sex / *Sexe*  Place of Birth / *Lieu de naissance*
M    BENIN CITY

Authority / *Autorité*
LOKOJA

Date of Issue / *Date de délivrance*
24 NOV / NOV 16

Date of Expiry / *Date d'expiration*
23 NOV / NOV 21

Holder's Signature / *Signature du Titulaire*

P<NGAFRANCIS<<WILLIAMS<<<<<<<<<<<<<<<<<<<<<<<
A077230265NGA7907027M2111235<<<<<<<<<<<<<<06

GOVERNMENT EXHIBIT

4