

GOVERNMENT EXHIBIT

6