**Subject:** Santander Alert - Balance and Recent Transactions
**From:** alerts@alerts.santander.us
**Date:** 1/26/2021, 6:36 AM
**To:** AROOMYK@HOTMAIL.COM

Your Requested Service Alert from Santander Bank, N.A.
This email was sent to you by Santander Bank, N.A.
Add alerts@alerts.santander.us as a safe sender.

http://www.santan...

### Service Alert from Santander Bank

Banking_ |_ Borrowing |_ Investing_|_ Insurance_|_ Tools & Planning

Dear ROMEIH JOHNSON,

As requested, here is your account balance and a list of your 5 most recent transactions for your Santander Account ending in 4311:

Available Balance is: $25,119.00+

RECENT TRANSACTIONS:
Jan 25 IDES PAYMENTS 210122 *******12 $3,204.00
Jan 21 IDES PAYMENTS 210120 *******12 $4,840.00
Jan 15 IDES PAYMENTS 210114 *******12 $3,388.00
Jan 14 IDES PAYMENTS 210113 *******12 $4,336.00
Jan 13 CASH WITHDRAWAL SANTANDER N607 Roxbury / $-3,500.00

Regards,

Santander Alerts


GOVERNMENT EXHIBIT 8

If you have any questions or concerns about this email please call a Santander Personal Banking Representative at 1-877-768-2265.

Privacy Policy | © 2021 Santander Bank, N.A. All rights reserved. ☐ Equal Housing Lender - Member FDIC

This message was sent to you because you elected to receive online service alerts about your Santander Bank, N.A. account.

Santander Bank, N.A. is focused on protecting your online privacy. Santander Bank, N.A. will never ask you to supply personal information such as passwords or other security information via email. View our Privacy

Policy. We work with you to fight fraud and identity theft.

If you have received this email in error or would like to stop receiving these servicing messages, please login to Santander Online Banking at www.santanderbank.com, click on the "Accounts" tab and choose "Alerts" on the left-hand menu. You can change your individual alert settings in the "Manage alerts" screen.

© 2021 Santander Bank, N.A. and its logo are registered trademarks of Santander Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.

Please do not reply to this email. Contact a Santander Representative directly.