**Subject:** Citizens Bank Fraud Alert: Please confirm activity on your card
**From:** Citizens Bank Card Fraud Operations <noreply@fraud.citizensbank.com>
**Date:** 7/30/2020, 12:20 PM
**To:** aroomyk@hotmail.com

## Citizens Bank

## Citizens Bank Fraud Alert: Please confirm activity on your card

**Your Card Ending in 1784**

**Case #: 1425944**

Dear ROMEIH JOHNSON :

As part of our commitment to protecting your account, we continuously monitor for possible fraudulent activity. We need to verify that you made the following transaction(s) on your card ending in 1784:

| Merchant | Amount | Date | Time | Location |
| --- | --- | --- | --- | --- |
| STOP AND SHOP 0459 | $500.00 | 07/30/2020 | 12:20 PM | ROXBURY, MA |
| STOP AND SHOP 0459 | $500.00 | 07/30/2020 | 12:17 PM | ROXBURY, MA |
| CITIZENS BANK | $500.00 | 07/30/2020 | 09:22 AM | MATTAPAN, MA |
| CITIZENS BANK | $500.00 | 07/29/2020 | 1:41 PM | ROXBURY, MA |
| CITIZENS BANK | $500.00 | 07/28/2020 | 11:43 AM | ROSLINDALE, MA |

**Please click on one of the two statements below that best represents the transaction(s) above:**

All Transaction(s) Authorized

One or More Transaction(s) NOT Authorized

NOTE:

If you have already spoken with us about the transaction(s), then no further action is required. As a reminder; Citizens Bank will never call you to ask for sensitive information such as your PIN or Social Security Number.

**Please have your case number available when calling.**

If the dollar amount is not identical to what is shown on a transaction receipt, this may be due to a pre-authorization which has not yet posted to your account.

The merchant location may be different than expected for transactions that are cleared through a centralized billing location.

**GOVERNMENT EXHIBIT 9**

Your satisfaction is important to us and we appreciate your prompt attention to this matter. If you have any questions about the content of this email, please contact us at 888-910-2500 from the U.S. and Canada or at the number on the back of your card. If outside the US, call us at 781-655-4100. For your convenience, we are available to take your call 24 hours a day, 7 days a week.

**Privacy and Security:**
Your Privacy and Security are important to us. For inquiries or to validate the authenticity of this message please call the toll-free number on the back of your Citizens Bank card. Keeping your financial information secure is one of our most important responsibilities. We will never ask you to send sensitive information via email or via a link in an email. If you receive a suspicious email claiming to be from Citizens Bank please forward it to: abuse@citizensbank.com.

Thank you for being a valued customer.

Citizens Bank Card Fraud Operations