

GOVERNMENT EXHIBIT 10