**Subject:** Zenith Transaction Alert [DEBIT: 74,600.09 NGN]
**From:** EbusinessGroup <ebusinessgroup@zenithbank.com>
**Date:** 8/22/2019, 6:57 AM
**To:** <AROOMYK@HOTMAIL.COM>, <AROOMYK@HOTMAIL.COM>



### Zenith Bank Transaction Notification - Thursday, August 22, 2019



Dear **MARK AROME OKUO**
Please see below details of the transaction on your account:

| | |
|---|---|
| Account Number | 208****472 |
| Effective Date | Thursday, August 22, 2019 |
| Currency Naira | NGN |
| Description | MC ATM Intl-*FIELD'S CORNER REMOTE DORCHES - EBBA20 - 20/08/2019 |
| Reference Code | |
| Branch | Head Office |
| Transaction Type | DEBIT |
| Date of Transaction | 22/08/2019 11:57:51 AM |
| Amount | 74,600.09 |
| Current Balance | 5,439,834.05 |
| Available Balance | 5,439,834.05 |



**Remember**: Keep your card and Pin information secure. Do not respond to emails requesting for your card/PIN details.
If you think an email is suspicious, don't click on any links. Instead, forward it to zenithdirect@zenithbank.com and delete.

Thank you for Banking with us
www.zenithbank.com

**GOVERNMENT EXHIBIT 12**



    

 +234 1 278 7000, +234 1 292 7000, +234 1 4647000, 0700ZENITHBANK

For enquiries kindly contact **ZenithDirect**, our 24hr interactive Contact Centre:

zenithdirect@zenithbank.com