$10,000
$10,000
$2,000
$2,000
hp
Microban
GOVERNMENT EXHIBIT 13.1





GOVERNMENT EXHIBIT 13.2