

GOVERNMENT EXHIBIT

14