```
 and conditions of the Rules and Regulations of this Bank and as otherwise prov
 to outstanding balances and not upon issuance of this receipt. Transactions rece
y, and Bank Holidays, are dated and considered received as of the next business da
nt statement.

, transfers and      Tran 00046           05/18/2020 11:16
                     Entity NIL  CC 8894223 Tlr 00007
                     From SAV Account            ########2258
                     To CHK Account              ########9066
                     Total Deposit                 $8,000.00
```

GOVERNMENT EXHIBIT 15