Account Name: Anthony Terry.
Account #: 9532971963.
Routing #: 231372691.
Swift Code: SVRNUS33
Checking Account.
Bank Name: Santander.
Bank Address: Boston Massachusetts.

GOVERNMENT EXHIBIT

16