> Honey cashapp doesn't work in my country, I have to use my nephew own who lives in USA

> He didn't send me Gmail

> That is what he send to me


> Okay.....tell him to send you his gmail

*Double tap to like*

> Okay my love


> Am making the payment from my business account so I will need to verify his name on it and add it to my list of trusted one

> Thanks my love

   

**GOVERNMENT EXHIBIT 17**