

GOVERNMENT EXHIBIT 18