

mass.gov/ P u a

Pandemic Unemployment
Stimulus

GOVERNMENT
EXHIBIT

19.1



GOVERNMENT
EXHIBIT
19.2

green dot

8100

XXX PUERTO RICO  VALID THRU  03/23

MY CARD

DEBIT

VISA

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 51315
PHILADELPHIA, PENNSYLVANIA 19115-6315
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS PRSORT
POSTAGE AND FES PAID
DEPARTMENT OF
THE TREASURY
PERMIT NO. G-4

For Benne,

FAX2API 02124



GOVERNMENT
EXHIBIT

19.3



GOVERNMENT
EXHIBIT
19.4



GOVERNMENT
EXHIBIT

19.5

Peel here
**Activate your card**
Call (855) 459-1351 OR, log in to the app
or GO2bank.com to complete activation
053010P

JANET

**DEBIT**
**VISA**

**Activate your card now using
the instructions in this letter!**
49882L07

0694

FRANK

VALID 12/24
THRU

**DEBIT**
**VISA**

Peel here
**Activate your card**
Call (855) 459-1351 OR, log in to the app
or GO2bank.com to complete activation
053010P

PETER

**DEBIT**
**VISA**

Peel here
**Activate your card**
Call (855) 459-1351 OR, log in to the app
or GO2bank.com to complete activation
053010P

CYNTHIA

**DEBIT**
**VISA**



**Activate your card now using
the instructions in this letter!**
49882L07

0710

PETER

VALID 12/24
THRU

**DEBIT**
**VISA**



**Activate your card now using
the instructions in this letter!**
49882L07

1671

DOROTHY

VALID 11/24
THRU

**DEBIT**
**VISA**

GOVERNMENT
EXHIBIT
19.6



GOVERNMENT
EXHIBIT
19.7