AROME

1-13-20

← 5273 6830 6686 4309 — $3,736 — 1121
← 5273 6830 6686 4283 — $4,336 — 1121 ✓
— 4143 9701 5883 2018 — $4,336 — 1121
5273 6830 6686 4077 — $2,420 — 1121

GOVERNMENT EXHIBIT 21.1

AROME!   1-15-'21

Nothing·
5273 6830 6686 4309 — $3872 — 1121
5273 6830 6686 4283 — $3388 — 1121
4143 9701 5883 2018 — $3388 — 1121
4143 9702 4782 8332 — $788 — 1121
5273 6830 6808 2801 — $2550 — 1121

GOVERNMENT EXHIBIT
21.2