← **Mark Okuo**   

-To be respected, - Be polite.

-To bind Satan,   - Sanctify yourself.

-To grow in faith, - Meditate on the word of God always.

**None of these has ever failed!**
**Give it a trial, and see for yourself.**

Forward this to any group or anyone you care for. And don't be selfish- you will get results.

6:09 AM

MARCH 9, 2021

███████████0452 01/24 250  PIN: 3030
$5,606
███████████0627 01/24 695   $6,584

6:07 AM

MARCH 10, 2021

███████████1294 07/24 836   $1,468
███████████0460 02/24 026 PIN: 3030
$997

11:12 AM

███████████5614 03/24 134 PIN: 2020
$1,570

5:42 PM

📞 Missed voice call at 5:56 PM

📞 Missed voice call at 5:56 PM

 Type a message

GOVERNMENT EXHIBIT 22.1

Thanks. 3:56 PM

Ok 3:57 PM ✓✓

MARCH 5, 2021

↱ Forwarded

7:14 AM

PIN 1121

| | | | |
|---|---|---|---|
| 1146 | $1,494 | James | |
| 2777 | $2,352 | | |
| 4180 | $2,356 | James | |
| 1153 | $1,570 | James | 8:57 AM |

MARCH 6, 2021

https://www.facebook.com
/100000874600257/posts
/3871988686173580/    5:34 AM

GOVERNMENT EXHIBIT 22.2

Type a message