






**GOVERNMENT EXHIBIT 23**


