## AFFIDAVIT OF MARK OKUO

1. My name is Mark Okuo and I am a national of Nigeria.
2. I was born on ███████, 1979 in Kano, Nigeria.
3. My parents reside in Nigeria. I have four brothers and one sister. One brother lives in the United Kingdom and the rest of my siblings reside in Nigeria.
4. I have one child, ███████, who is a national of Nigeria and resides in Nigeria. It was my belief that he was included in the immigration forms because I told my lawyer that I had a son. My wife is well aware that I have a child and he is in Nigeria. She has 2 children who live in New Jersey with their father's mother.
5. I entered the United States on October 14, 2016 on a B2 visitor's visa. That was my first and only entry into the United States. I was admitted and inspected on entry.
6. My current address is 43 Wilcock Street, Apt. 2, Dorchester, Massachusetts.
7. I reside at that address with my wife, Corene Okuo, and there are usually two (2) roommates.
8. I married Corene on May 4, 2017 in Boston, Massachusetts. I understand that Corene told the Interviewer that we met in 2013, then told them we met in 2014 and got married in 2016. This shows how flustered she was because she knows that we have not known each other for that amount of time. Her sons were born in 2013 and 2015. So, there was no way that we met prior to the birth of her second son – she wasn't in Boston at that time.
9. Corene and I attended an interview at the Boston Immigration Office on November 5, 2018. Corene was interviewed first and then she was brought back to the waiting room while I was brought into the interview.
10. I was placed under oath and I answered each question to be the best of my ability. I was asked questions by the officer and my responses were given to the best of my ability. I feel that I am stating the obvious that I was nervous and anxious.
11. The officer did introduce himself to me but not until a number of questions had already been asked and answered about my passports, trips to the United States, my entry to the United States and my full legal name.
12. During what I consider to be the first part of the interview, the officer appeared to focus on my application for Adjustment of Status. We clarified some items and made

       some changes.  Apparently, my son, Franklin, was not listed on the application and so his name was added.
13. At certain points, I was asked questions that I attempted to clarify and was told to answer "yes" or "no." I believed that there was a better answer but that was not wanted.

**Apartment**

14. Corene and I share our apartment with other roommates.  I was asked questions about our apartment – a tv in the bedroom, where it is located, our non-working ceiling fan and windows. It is my understanding that the responses to each of those questions matched the responses given to the Officer by Corene.
15. We have roommates so that we can afford the apartment.  The apartment has three bedrooms.  Corene and I have the largest bedroom.  Therefore, we pay the most in rent – the amount of $700 per month. The people in the other two bedrooms each pay $650 per month.  Mine and Corene's names are the only names on the lease.  We presented the lease to the Officer.  I told the Officer about the roommates but he did not ask about the rent division.  I told the Officer the name of the landlord and I understand that Corene did too.

**Travel as a Couple**

16. Corene and I have traveled together.  The Officer asked me if we traveled outside of Massachusetts and I responded in the affirmative.  Corene was raised in New Jersey and has family in New Jersey.  Corene has two children who live in New Jersey.  Corene regularly travels to New Jersey to see her kids – she wants to be there to celebrate their birthdays. I was not asked about Corene's children.
17. I am enclosing photographs of our most recent trip to New Jersey.  Corene and I went there, with friends, in mid-November.  With our friends, we rented a car and spent the night in a motel.  We visited with Corene's biological mother and her adoptive mother.  The pictures show us with our friends and Corene's relatives.
18. We have not traveled elsewhere together.

**Summer 2018**

19. I know that Corene went to New Jersey the first two weeks of July 2018. Her son's birthday is July 6th. I understand that Corene told the interviewer that
20. In speaking with my lawyer, I know that there were significant discrepancies in the answers that I provided to the interviewer and those answers that my wife gave to the interviewer. I know that the easy answer is that we were both nervous. But, I can explain my part of the discrepancies and I know that my wife can explain what caused her answers to be different than mine. But, I will also say that we did provide a lot of information that was consistent and credible.
21. Corene and I do live together and do have a viable, ongoing marriage. We argue, we fight and we are building our life together. I know that Corene feels that I am not home enough. She is not a person who likes going out on a regular basis. I am an outgoing person who likes to spend time with my friends. We do not live in each other's pockets, but we take care of each other. We communicate by text on a regular basis.
22. Corene and I made another visit to New Jersey in November 2018 – after the interview. We are attaching pictures of our visit. We drove down with friends and stayed in a hotel. We visited with Corene's adoptive mother and her biological mother.

**Christmas 2017**

23. Corene and I did celebrate Christmas 2017 together. Corene and I both told the interviewer that we had a tree. I told the interviewer that no one was present except for a friend while Corene said that her son was present. It is true that her son came to our home over the holidays in 2017. You can say that I want to right a wrong from the interview, but he was there and we took him to Target to pick out things. Corene got me a mug from New Jersey that broke and I have never used it. So, to consider it a gift, well I don't.

**Proposal**

24. I have no idea as to why Corene got the details of the proposal wrong. I was not in the United States in 2013 so there is no way that we could have met then.

**Weekend Prior to the Interview**

25. I was not home a lot that weekend. Corene says that she had a client in the house. She could have, but I was out and did not pay attention. Sorry, but I wasn't paying attention to every last thing that my wife did.

**Corene's employment**

26. Corene is a hairdresser. In my mind, if you are a hairdresser, you work at a salon.
27. I know that she leaves the house and goes somewhere to do people's hair. I thought she was going to a place, not to someone's house.

**Texas**

28. I have four brothers. Three of those brothers live in Nigeria. One of those brothers, Francis, lives in the United Kingdom. Francis used to live in Katy, Texas. Part of the confusion may be that I talked to Corene about Francis living in Texas when we got married. I had never made a reservation to go because Francis had to leave before it came to a point where I could make the plans. Francis was in Texas until about September 2017; he no longer has a visa for entry into the United States.
29. I can only surmise that Corene got confused when asked about bank statements that had Texas postings on them. I can only believe that she tried to act like she knew what was going on. But, I didn't travel to Texas. Corene was away the first couple of weeks in July 2018 as she went to New Jersey to see her family. I was in Massachusetts working. We kept in touch, but I knew where she was even if she thought I was somewhere else.
30. My work can encompass sums of money going in and out of my bank account. I buy and sell cars. I take in money and most of the money goes out. How it gets posted by the bank

is not something that I am aware of.  I think that the Interviewer didn't want to believe that those sums of money were related to my business.  I think that he felt it was suspicious.  I can only tell you that this is one of the ways as to how I make money.  It is not unusual and it is not suspicious.

31. My marriage is my marriage.  It is no one else's.  It works for my wife and me. We argue, we make up, we love each other.  We can have different personalities but we can also agree on so many things. She doesn't like that I am a social person.  She doesn't like that I like to go out, to be with friends, to be out.  She complains about the money I spend, about the time I spend away.  I complain about her spending habits.  I complain about her attitude. She doesn't work as much as I think that she could and she asks for money.  Of course it can annoy me and I can be told to sleep on the sofa, but the next night I am not on the sofa.
32. That doesn't mean that we are not a married couple who are building a future together. It might not be a house with a picket fence, two kids and both having paycheck jobs.  But, why is that an issue?  Why did the Interviewer act like we were not worthy and why did it feel like he didn't believe anything about us?  What if I made six figures and traveled all week – does that make a better marriage – to leave my wife at home to make lots of money.  I work hard, I try to make more money for me, for us, for my family.
33. I love my wife and she loves me.  We are still getting to know each other and we will continue to do so no matter what happens with your decision.

SIGNED UNDER THE PAINS AND PENALITES OF PERJURY THIS 10TH DAY OF DECEMBER 2018.

_____

Mark Okuo