UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


-------------------------------------------X
UNITED STATES OF AMERICA  :
                                                 :
        v.                                    :        DOCKET NO. 21-mj-6204-MPK
                                                 :
MARK AROME OKUO             :
        Defendant                      :
-------------------------------------------X


**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

Defendant, Mark Arome Okuo, hereby respectfully moves this Honorable Court to continue the date of his detention hearing to Friday, May 7, 2021.  The Government has indicated it does not oppose this motion.  As grounds therefore, counsel for Mr. Okuo states that additional time is needed in order to finish gathering available materials in support of his release.  For this reason, Mr. Okuo respectfully requests this Court continue the detention hearing to May 7, 2021.

Dated:  April 20, 2021                    Respectfully submitted,

                                                    MARK AROME OKUO

                                                    By His Attorney:


                                                    /s/ John G. Swomley
                                                    John G. Swomley, BBO# 551450
                                                    Swomley & Tennen, LLP
                                                    50 Congress Street, Suite 600
                                                    Boston, MA  02109
                                                    Tel. 617-227-9443
                                                    jswomley@swomleyandtennen.com

## Certificate of Service

I, John G. Swomley, hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ John G. Swomley
John G. Swomley