UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------X
UNITED STATES OF AMERICA :
:
    v. : DOCKET NO. 21-mj-6204
:
MARK OKUO :
    Defendant :
-------------------------------------------X

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters her Notice of Appearance on behalf of the defendant, Mark Okuo.

Dated:  April 22, 2021           Respectfully submitted,

                                        /s/ Devon D. Hincapie
                                        Devon D. Hincapie, BBO# 641220
                                        Swomley & Tennen, LLP
                                        50 Congress Street, Suite 600
                                        Boston, MA  02109
                                        Tel. 617-223-1273
                                        Fax. 617-227-8059
                                        dhincapie@swomleyandtennen.com

### Certificate of Service

I, Devon D. Hincapie, hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Devon D. Hincapie
                                        Devon D. Hincapie