UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------------------X
UNITED STATES OF AMERICA    :
                            :
     v.                     :      DOCKET NO. 21-mj-6204-MPK
                            :
MARK AROME OKUO             :
     Defendant              :
--------------------------------------------X
```

**MOTION TO ENTER VOLUNTARY ORDER OF DETENTION**

Defendant, Mark Arome Okuo, hereby respectfully moves this Honorable Court to enter a voluntary order of detention, without prejudice to him filing a motion at any time seeking the continuation of his detention hearing previously begun, and the setting of conditions of release, regardless of whether there have been changed circumstances.

Dated: May 3, 2021                     Respectfully submitted,

                                       MARK AROME OKUO

                                       By His Attorney:


                                       /s/ John G. Swomley
                                       John G. Swomley, BBO# 551450
                                       Swomley & Tennen, LLP
                                       50 Congress Street, Suite 600
                                       Boston, MA  02109
                                       Tel. 617-227-9443
                                       jswomley@swomleyandtennen.com

**Certificate of Service**

      I, John G. Swomley, hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                               /s/ John G. Swomley
                                               John G. Swomley