# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                                      CR. NO. 1:21-mj-06204-MPK

**MARK AROME OKUO**

## NOTICE OF WITHDRAWAL

Now comes the Attorney, Steven C. Boozang in the above entitled matter and respectfully requests to have counsel's name withdrawn from this matter.

As grounds therefor, counsel was never retained nor spoke to Defendant and other counsel has been appointed to represent defendant.

Respectfully submitted,

**s/s Steven C. Boozang**
Steven C. Boozang, Esq.
439 Washington Street
Dedham, MA 02026
BBO #: 659216
(781) 251-9991

## CERTIFICATE OF SERVICE

I, Steven C. Boozang hereby certify that I the Notice of Withdrawal was served on all parties via ECF system August 30, 2021.

**s/s Steven C. Boozang**
Steven C. Boozang, Esq.